SEALED

UNSEALED 11/6/14

FILED

OCT 14 2014

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

'14 MJ3504

3   UNITED STATES OF AMERICA,        )    MAGISTRATE CASE NO. _____

4              Plaintiff,            )    COMPLAINT FOR VIOLATION OF:

5        v.                          )    Title 18 U.S.C. 2252(a)(2) -
                                     )    Receipt of Images of Minors
6                                    )    Engaged In Sexually Explicit Conduct
    ANTHONY ACERO (1),              )
7   RYAN JOHNSON (2)                 )    Title 18 U.S.C. 2252(a)(4)(B) -
                                     )    Possession of Image of Minors
8              Defendants.           )    Engaging in Sexually Explicit Conduct
                                     )
9   ──────────────────────────────

10       The undersigned Complainant, being duly sworn, states:

11

12                              Count One

13       On or about and between January 2010 and December 6, 2012, within the

14   Southern District of California, defendants Anthony Acero and Ryan Johnson did

15   knowingly receive visual depictions, that is digital and computer images, using any

16   means and facility of interstate and foreign commerce and that has been mailed,

17   shipped, and transported in and affecting interstate and foreign commerce, and which

18   contains materials which have been mailed, shipped and transported in interstate and

19   foreign commerce, by any means including by computer, the production of which

20   involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18,

21   United States Code, Section 2256(2), and which visual depiction was of such conduct;

22   in violation of Title 18, United States Code, Section 2252(a)(2).

23

24

25

26

27

28                                      1

## Count Two

On or about December 6, 2012, within the Southern District of California, defendants Anthony Acero and Ryan Johnson, did knowingly possess visual depiction, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Det. Susan Righthouse
Special Deputy USMS

Sworn to me and subscribed in my presence this _14_ day of October, 2014.

UNITED    STATES    MAGISTRATE
JUDGE

1   On December 6, 2012, San Diego Harbor Police Officers Eldred and Brownyard
2   responded to the Vagabond Hotel at 1325 Scott Street, room 119, in San Diego,
3   California.   Officer Brownyard discovered a male by the name of Ryan JOHNSON
4   was staying at the Vagabond Hotel and that he had a valid Fourth Waiver.   In the hotel
5   was also another male by the name of Anthony ACERO.

6   When the officers entered the hotel room they found ACERO hiding in the
7   bathroom.   JOHNSON told the officers that he'd given ACERO a glass pipe and a
8   plastic bag containing methamphetamine, directing him to destroy or conceal the items
9   before opening the door for police.

10   Officer Eldred saw a nude image of a 5-7 year old boy, as a screen saver, on
11   JOHNSON's computer (a MacBook pro).   Officer Eldred did not attempt to open any
12   additional files on the computer at that time.

13   Officer Brownyard received a verbal consent from ACERO to search a small
14   cosmetic bag that he was in possession of.   In the bag were two (2) hypodermic
15   needles.   Officer Brownyard issued a written citation to ACERO, for the violation, and
16   ACERO left the hotel room.

17   Officer Brownyard located an additional Apple computer, Apple iPad and cell
18   phone; all of which JOHNSON stated were his property.   There was an additional HP
19   computer, located in the hotel room.   ACERO had stated earlier that it belonged to
20   JOHNSON.   JOHNSON said it belonged to ACERO.

21   The officers arrested JOHNSON and transported him to Harbor Patrol
22   Headquarters for questioning.   During a post Miranda interview, JOHNSON stated to
23   the officers that he and ACERO had masturbated in the hotel room while looking at
24   pictures/videos, on the HP computer, of young boys engaged in various sexual acts.
25   JOHNSON stated there were pictures of child pornography on the HP and that while
26   they were masturbating to them, they were talking about their fantasies.   JOHNSON
27

28

1  said "You will be happy with what you find on that computer, it's not good."  The
2  officers looked at JOHNSON's phone which contained messages with ACERO about
3  sex and drug use.  At least one of JOHNSON's messages stated he was interested in
4  young guys.  Regarding the computer with the screensaver of the nude young boy,
5  JOHNSON said he didn't know how that picture got on the computer.

6      While the officers were speaking with JOHNSON, they received a call from the
7  Vagabond hotel stating a male matching ACERO's description had returned.
8  Additionally, the hotel staff told the officers that they located "contraband" under the
9  bathroom window of room #119.  Officer Eldred responded back to the hotel and
10 recovered a glass pipe and a bag containing a clear substance.

11     Approximately 5 minutes later, the officers received yet another call regarding a
12 male that was attempting suicide by cutting himself.  Sergeant Felgenhauer located the
13 individual in an adjacent business to the hotel in a bathroom.  The individual was
14 identified as ACERO.  He was transported to the hospital.

15     I obtained a search warrant (#44194) to begin forensics on the computer devices.
16 Below is the outcome of that forensic examination on the devices that I have identified
17 as belonging to Ryan JOHNSON.

18

19 • White Apple Laptop (RCFL #S115522 H115523) – JOHNSON
20   This device contains a Mac operating system that was installed on 03/24/12.
21   The user names on this device were "franco", "jon", "MacBook" and "me".
22     o 16 Child pornography - bondage image files
23     o 969 Child pornography image files
24     o 5 Child pornography – Sadism and Masochism image files
25     o 5 Text files indicating the user as Ryan Johnson
26     o 3 Video files which appear to be Johnson
27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- o  3 Image files which appear to be Johnson
- o  Many of the child pornography images and videos on this device were located in the media photo library, browser cache and a "MobileSync/Backup".  Unallocated space was checked and discovered to contain several hundred more child pornographic images that were carved.  Carved is the process of extracting a collection of data from a larger data set, in this case unallocated space.

- iPhone (RCFL #X-115525) - JOHNSON
  - o  12 Child pornography image files
  - o  2 Text files indicating the user has an interest in minors
  - o  2 Text files indicating the user as Johnson
  - o  11 Image files which appear to be Johnson

The search warrant also covered Acero's items.  Below is the outcome of that forensic examination on the devices that I have identified as belonging to Anthony ACERO.

- The HP Laptop (identified with RCFL #S115520 H115521).
  - o  This device contains a Windows XP operating system that was installed on 01/17/10 by the user Anthony Acero.  The user name for this device was "hedwig_luvver"
    - 1 Bestiality Video
    - 919 Child Pornography image files
      - 22 Known child pornography image files
    - 137 Child Pornography video files
      - 27 Known child pornography video files

5

1

- 6 Text files indicating the user as Anthony Acero; to include a tax return, W2 and resume

2

- 3 Image files that appear to be Acero.

3

4

- All child pornography images and videos on this device consisted of active files, not deleted.

5

6

## REQUEST FOR SEALING

7

8

It is further respectfully requested that this Court issue an Order sealing, until

9

further order of this Court, all papers submitted in support of this complaint, including

10

the probable cause statement and arrest warrant.    Sealing is necessary because

11

premature disclosure of the contents of this probable cause statement and related

12

documents may cause the defendant to flee and may cause destruction of evidence and

13

may have a negative impact of this continuing investigation.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28